IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

DANIEL F. HERRERA, and MILDRED HERRERA,

    Plaintiffs,

v.                                                                              No. 6:10-cv-01183-MV-RHS

KATHERINE CROSSLAND and
GOVERNMENT EMPLOYEES INSURANCE COMPANY,

    Defendants.

## MOTION TO DISMISS

COME NOW, the Defendants Katherine Crossland and Government Employees Insurance Company, by and through their undersigned attorneys and move the Court for an Order of Dismissal with Prejudice of all claims which have been made or could be made, in the above-captioned cause against them and as grounds therefore, state that the Plaintiffs Daniel F. Herrera and Mildred Herrera, and Defendants Kathrine Crossland and Government Employees Insurance Company, have resolved their differences and there no longer remain issues pending before the Court. Plaintiff's counsel has been contacted regarding the Motion to Dismiss and concurs.

                                                                 SIMONE, ROBERTS & WEISS, P.A.

                                                                 /s/
                                              Stephen M. Simone
                                              11200 Lomas Blvd NE Ste 210
                                              Albuquerque, NM 87112-5573
                                              Work Phone:  (505) 298-9400
                                              Fax:    (505) 298-7070
                                              Email:      ssimone@srw-law.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this   7th   day of    November   , 2011, I filed the foregoing

electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means as more fully reflected on the Notice of Electronic Filing and/or addressed as follows:

William E. Frazier, Esq.
Kerry J. Morris, Esq.
ABQ Law Clinic/Morris Law Firm PA
901 Lomas Blvd NW
Albuquerque, NM 87102-1953
(505) 842-1363
bofrazier1313@gmail.com
www.abqlawclinic.com


 /s/ Stephen M. Simone
STEPHEN M. SIMONE