IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO


DANIEL F. HERRERA, and MILDRED HERRERA,

    Plaintiffs,

v.                                                                  No. 6:10-cv-01183-MV-RHS

KATHERINE CROSSLAND and
GOVERNMENT EMPLOYEES INSURANCE COMPANY,

    Defendants.

## ORDER OF DISMISSAL

    THIS MATTER, having come before the Court upon Defendants= Motion to Dismiss with Prejudice all claims which have been set forth or which could have been set forth in this action by Plaintiffs Daniel F. Herrera and Mildred Herrera, and the Court having considered said Motion, noting the concurrence of counsel, and being otherwise fully advised in the premises, finds that the Motion is well taken and should be granted.

    IT IS THEREFORE ORDERED that the above-captioned matter against Defendants is hereby dismissed with prejudice.

_____
US DISTRICT COURT JUDGE

APPROVED:


/s/    Telephonic approval 12/13/11
KERRY J. MORRIS


      /s/
_____
STEPHEN M. SIMONE